**MONSANTO COMPANY,**
Plaintiff–Appellee,

v.

**Kem L. RALPH, (individually and doing business as Ralph Brothers Farms), Defendant–Appellant.**

No. 04–1304.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.